Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, California 95661
Tel.: 916-290-7778
Fax: 916-282-0771

Attorneys for Plaintiff
Noah Salas

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NOAH SALAS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　　Defendant. | Case No.: 2:24-cv-08022-MEMF-RAO<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Noah Salas and Defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  January 24, 2025        **Gale, Angelo, & Johnson, P.C.**

By: ___/s/ Joe Angelo___
Joe Angelo
Attorneys for Plaintiff
Noah Salas

DATED:  January 24, 2025        **Troutman Pepper**

By: ___/s/ Thomas N. Abbott___
Thomas N. Abbott
Attorneys for Defendant
Experian Information Solutions, Inc.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4 of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix counsel's electronic signature to this document.

By: */s/ Joe Angelo*
      Joe Angelo
      Counsel for Plaintiff