UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| NOAH SALAS, | Case No.: 2:24-cv-08022-MEMF-RAO |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendant. | |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____  _____
Hon. Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE