JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NOAH SALAS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>    Defendant. | Case No.: 2:24-cv-08022-MEMF-RAO<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 6, 2025

Hon. Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE

1
ORDER